**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 625 EAL 2019
                             :
           Respondent            :
                             :   Petition for Allowance of Appeal
                             :   from the Order of the Superior Court
           v.                     :
                             :
                             :
MICHAEL P. KING,                 :
                             :
           Petitioner             :

## ORDER

**PER CURIAM**

       **AND NOW**, this 14th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.